## STATE of Missouri, Respondent,

v.

## Khwaume O. COMBS, Appellant.

### WD 79376

Missouri Court of Appeals,
Western District.

ORDER FILED: April 11, 2017

Samuel Buffaloe, Columbia, MO, Counsel for Appellant

Richard Starnes, Jefferson City, MO, Counsel for Respondent

Before Division One: James Edward Welsh, P.J., Anthony Rex Gabbert, and Edward R. Ardini, Jr., JJ.

### ORDER

Per Curiam:

Khwaume Combs appeals his convictions after a bench trial for one count of the class C felony of possession of a controlled substance and the class A misdemeanor of unlawful possession of drug paraphernalia, for which he was sentenced as a prior and persistent drug offender to ten years in prison. We affirm. Rule 30.25(b).

## STATE of Missouri, Respondent,

v.

## William ROSS, Appellant.

### WD 79010

Missouri Court of Appeals,
Western District.

Filed: April 11, 2017

Evan J. Buchheim, Jefferson City for respondent.

Damien S. Bhakti De Loyola, Kansas City for appellant.

Before Division Two: Cynthia L. Martin, Presiding Judge, Lisa White Hardwick and Alok Ahuja, Judges

### ORDER

Per Curiam

William Ross appeals the judgment re-sentencing him for his forcible rape conviction after he was granted partial relief on his post-conviction motion. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment.

AFFIRMED. Rule 30.25(b)